REBECCA TRULL, Respondent, *v.* WILLIAM WOOD, Appellant.

Order affirmed, with $10 costs, and disbursements.

---

HENRY FLANDER, Appellant, *v.* HAMILTON GROFF, Respondent.

Order reversed. (See order on file.)

---

AGNES TINKEY, Respondent, *v.* CHARLES A. LANGDON, Appellant, and HENRY D. LANGDON.

Appeal dismissed, with $10 costs, and disbursements.

---

JEROME MESSINGER as Executor, &c., Respondent, *v.* I. NEWTON MESSINGER, and others, Appellants.

Order affirmed, with $10 costs, and disbursements.

---

BRIDGET GIBSON, Plaintiff, *v.* JOHANNA KEATING, as Administratrix, &c., Defendant.

Motion for new trial denied, and judgment ordered on nonsuit, with costs.

---

SEWARD A. FOOTE, Appellant, *v.* THE DELAWARE & HUDSON CANAL COMPANY, Respondent.

Appeal dismissed.

Learned, P. J., taking no part.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY.

Order affirmed, with $10 costs and disbursements.

Westbrook, J., taking no part.

---

GEORGE SIDNEY CAMP, as Executor, &c., Appellant, *v.* SAMUEL S. WATSON, Respondent.

Order affirmed, with $10 costs and disbursements.

---

CYRUS S. ROBINSON, Respondent, *v.* JAMES AKIN, Appellant.

Appeal dismissed, with $10 costs.